IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO )<br>12 Park Place, Mansfield, TX 76063 )<br>  )<br>  Plaintiff, )<br>  )<br>*v.* )<br>  )<br>SECRETARY OF STATE WILLIAM )<br>FRANCIS GALVIN )<br>One Ashburton Place )<br>Boston, MA  02108 )<br>  )<br>DONALD JOHN TRUMP )<br>1100 S. Ocean Blvd, Palm Beach, FL 33480 )<br>  )<br>  Defendants. ) | Case No. 1:23-cv-12121-MJJ |

**PLAINTIFF'S STATUS REPORT**

Plaintiff has attempted to confer with Defendants, but they have not yet filed a notice of appearance. Plaintiff will be traveling to and from Nevada on October 2, 2023, so he files this response early begging a pardon from the Court for doing so.

Defendants were served on September 22, 2023. As such, Defendants are not due to answer until October 13, 2023. Because Defendants' responses are due on or before October 13, the initial conference call should take place the following day.

| Proposed Scheduled | |
|---|---|
| Proposed Initial Telephonic Status Conference Call | Monday, October 16, 2023 at 10:00 am |
| Defendants' Response to Motion for TRO and Motions to Dismiss | Friday, October 20, 2023 |
| Plaintiff's Reply to Defendants' Objection to TRO and Response to Motions to Dismiss | Friday, October 27, 2023 |

| Defendants' Final Reply to Plaintiff's Response to Motions to Dismiss | Friday, November 3, 2023 |
|---|---|
| Hearing on Injunctive Relief and Consolidated Trial on the Merits (No Evidentiary Hearing, On the Papers) | Friday, November 10, 2023, at 9:00 am |

The above-proposed schedule is reasonable for all parties.  If Defendant Secretary of the Commonwealth can confirm by when he needs a judicial determination regarding eligibility and qualification, then perhaps the proposed schedule can be adjusted.  If time permits and the timeframe permits, Plaintiff would even be open to foregoing a temporary restraining order and instead converting it to a motion for a preliminary injunction as long as there is an initially expedited bench trial on the merits as outlined in the above-proposed schedule.

Respectfully submitted,

Dated: September 28, 2023.    By:    */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

**CERTIFICATE OF SERVICE**

On September 28, 2023, I submitted the foregoing document with the Clerk of this Court either by mail, email, or CM/ECF.  It is further certified that all other parties will be served via CM/ECF if they are registered users, and, if they are not registered users or have not yet filed a notice of appearance, they will be served by U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro