UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANTHONY CASTRO<br><br>                 Plaintiff,<br>   v.<br><br>SECRETARY OF STATE WILLIAM FRANCIS GALVIN, and<br><br>DONALD JOHN TRUMP,<br><br>                 Defendants. | Civil Action No. 1:23-CV-12121-MJJ |

**NOTICE OF APPEARANCE**

I, Brian T. Kelly, respectfully request that this Court enter my appearance as counsel for Defendant Donald J. Trump. I certify that I am admitted to practice in this Court and in good standing.

Dated: October 11, 2023

Respectfully submitted,

/s/     *Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
Tel: (617) 345-1065
bkelly@nixonpeabody.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 11, 2023.

/s/     Brian T. Kelly