UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>     Plaintiff,<br> v.<br><br>SECRETARY OF STATE WILLIAM FRANCIS GALVIN, and<br><br>DONALD JOHN TRUMP,<br><br>     Defendants. | Civil Action No. 1:23-CV-12121-MJJ |

**NOTICE OF APPEARANCE**

  I, Thomas A. Barnico, Jr., respectfully request that this Court enter my appearance as counsel for Defendant Donald J. Trump. I certify that I am admitted to practice in this Court and in good standing.

Dated: October 11, 2023          Respectfully submitted,

                   */s/ Thomas A. Barnico, Jr.*
                   Thomas A. Barnico, Jr. (BBO No. 696929)
                   Nixon Peabody LLP
                   53 State Street
                   Boston, MA 02109
                   Tel: (617) 345-1000
                   tbarnico@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 11, 2023.

<u>/s/     Thomas A. Barnico, Jr.</u>