UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANTHONY CASTRO,<br><br>      Plaintiff,<br>v.<br><br>SECRETARY OF STATE WILLIAM FRANCIS GALVIN, and<br><br>DONALD JOHN TRUMP,<br><br>      Defendants. | Civil Action No. 1:23-CV-12121-MJJ<br><br>Leave to File Memorandum in Excess of Page Limits Granted on 10/11/23<br>**[CM/EF Dkt. 18]** |

## MOTION TO DISMISS

Defendant Donald J. Trump, through counsel, hereby moves to dismiss the Complaint with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(1) & (6). In support thereof, Defendant submits the attached memorandum of law.

Dated: October 13, 2023

Respectfully submitted,

DONALD JOHN TRUMP

By Counsel,

*/s/      Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Thomas A. Barnico, Jr. (BBO No. 696929)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
tbarnico@nixonpeabody.com

**CERTIFICATE OF CONFERENCE**

In accordance with Local Rule 7.1(a)(1), I hereby certify that counsel for Defendant attempted in good faith to resolve or narrow the issues set forth in this motion with Plaintiff via e-mail on October 10, 2023.

*/s/ Brian T. Kelly*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 13, 2023.

*/s/ Brian T. Kelly*