# **EXHIBIT A**

**RELATED ACTIONS**

Plaintiff John Anthony Castro has filed the below cases against Defendant Donald J. Trump:

1. *Castro v. FEC*, 1:22-cv-02176 (D.D.C. July 25, 2022). Case dismissed for lack of standing. (Doc. #21, Dec. 6, 2022). Affirmed (D.C. Cir. April 10, 2023).

2. *Castro v. Trump*, 9:23-cv-80015 (S.D. FL Jan. 6, 2023). Case dismissed for lack of standing. (Doc. #33, June 26, 2023). First mandamus relief denied by 11th Cir. on April 11, 2023, #23-10429. Second mandamus relief denied by 11th Cir. On May 3, 2023, #23-10531. Third mandamus relief merged with appeal, #23-11837. Appeal for lack of standing pending before the 11th Cir. #23-11837. Petition for writ of certiorari before judgment denied on October 2, 2023 (#23-117).

3. *Castro v. Trump*, New Hampshire State Court, Merrimack Superior Court, 217-2023-cv-00462 (filed Aug. 24, 2023). Case dismissed by Castro on Sept. 24, 2023.

4. *Castro v. Schmidt and Trump*, 390 MD 2023, PA Supreme Court (filed on Aug. 30, 2023).

5. *Castro v. Scanlan and Trump*, 1:23-cv-00416. (D. NH Sept. 5, 2023).

6. *Castro v. Fontes and Trump*, 2:23-cv-01865. (D. AZ Sept. 5, 2023).

7. *Castro v. Bellows and Trump*, 1:23-cv-335 (D. ME Sept. 5, 2023). Dismissed by Castro on Oct. 3, 2023.

8. *Castro v. Aguilar and Trump*, 2:23-cv-01387 (D. NV Sept. 5, 2023).

9. *Castro v. Henderson and Trump*, 2:23-cv-00617 (D. UT Sept. 6, 2023). Case dismissed by Castro on Sept. 29, 2023.

10. *Castro v. Schmidt and Trump*, 1:23-cv-01468 (M.D. PA Sept. 6, 2023). Case dismissed by Castro on Sept. 27, 2023.

11. *Castro v. Ziriax and Trump*, CIV-23-781 (W.D. OK Sept. 6, 2023). Case dismissed by Castro on Sept. 29, 2023.

12. *Castro v. Schwab and Trump*, 6:23-cv-01184 (D. KS Sept. 7, 2023).

13. *Castro v. McGrane and Trump*, 1:23-cv-00393 (D. ID Sept. 7, 2023). Case dismissed by Castro on Oct. 4, 2023.

14. *Castro v. Bell and Trump*, 5:23-cv-00496 (E.D. N.C. Sept. 7, 2023). Case dismissed by Castro on Oct. 2, 2023. Case not yet dismissed due to deficiencies in filings.

15. *Castro v. Knapp and Trump*, 3:23-cv-04501 (D. S.C. Sept. 7, 2023).

16. *Castro v. Warner and Trump*, 2:23-cv-00598 (S.D. W.V. Sept. 7, 2023).

17. *Castro v. Oliver and Trump*, 1:23-cv-00766 (D. N.M. Sept. 8, 2023).

18. *Castro v. Jacobsen and Trump*, 6:23-cv-00062 (D. MT Sept. 11, 2023).

19. *Castro v. Galvin and Trump*, 1:23-cv-12121 (D. MA Sept. 18, 2023).

20. *Castro v. Thomas and Trump*, 3:23-cv-01238 (D. CT Sept. 21, 2023).

21. *Castro v. Albence and Trump*, 1:23-cv-01068 (D. DE Sept. 28, 2023).

22. *Castro v. Griswold and Trump*, 1:23-cv-02543 (D. CO Sept. 29, 2023).

23. *Castro v. Dahlstrom and Trump*, 1:23-cv-00011 (D. AK Sept. 29, 2023).

24. *Castro v. Copeland-Hanzas and Trump*, 2:23-cv-00453 (D. VT Oct. 2, 2023).

25. *Castro v. Weber and Trump*, 2:23-cv-02172 (E.D. CA Oct. 2, 2023).

26. *Castro v. New York Board of Elections and Trump*, 1:23-cv-01223 (N.D. N.Y. Oct. 2, 2023).

27. *Castro v. Amore and Trump*, 1:23-cv-00405 (D. R.I. Oct. 3, 2023).