IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
BOSTON DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO <br> 12 Park Place, Mansfield, TX 76063 <br><br> Plaintiff, <br><br> *v.* <br><br> SECRETARY OF STATE WILLIAM FRANCIS GALVIN <br> One Ashburton Place <br> Boston, MA  02108 <br><br> DONALD JOHN TRUMP <br> 1100 S. Ocean Blvd, Palm Beach, FL 33480 <br><br> Defendants. | Case No. 1:23-cv-12121-MJJ |

**PLAINTIFF'S STATUS REPORT**

Plaintiff has conferred with Defendant Secretary of State, but Defendant Secretary of State insists that the deadline for this case should not be until next year.  However, Plaintiff vehemently disagrees because the federal judiciary has almost uniformly held that the *Political Question Doctrine* makes the issues in this case nonjusticiable political questions once the major political parties formally nominate their candidates.  For the Republican Party, that would be sometime between July 15th through the 18th.

The Massachusetts Republican Presidential Primary is on March 5, 2024, so this Court should ask Defendant Secretary of State by when a decision would need to be made if the relief for Plaintiff would be an injunction to prevent printing primary ballots with Defendant Donald John Trump's name on it.

Plaintiff submits this revised Proposed Schedule:

| Proposed Scheduled | |
|---|---|
| Proposed Initial Telephonic Status Conference Call | Monday, October 30, 2023 at 10:00 am |
| Defendants' Response to Motion for TRO and Motions to Dismiss | Friday, November 3, 2023 |
| Plaintiff's Reply to Defendants' Objection to TRO and Response to Motions to Dismiss | Friday, November 10, 2023 |
| Defendants' Final Reply to Plaintiff's Response to Motions to Dismiss | Friday, November 17, 2023 |
| Hearing on Injunctive Relief and Consolidated Trial on the Merits (No Evidentiary Hearing, On the Papers) | Friday, November 24, 2023, at 9:00 am |

The above-proposed schedule is reasonable for all parties because it is at least 14 days from the date Defendant Donald John Trump filed his Motion to Dismiss. If both time and the timeframe permits, Plaintiff would even be open to foregoing a temporary restraining order and instead converting it to a motion for a preliminary injunction as long as there is an initially expedited bench trial on the merits as outlined in the above-proposed schedule.

Respectfully submitted,

Dated: October 18, 2023.   By:   */s/ John Anthony Castro*

John Anthony Castro
12 Park Place
Mansfield, TX  76063
Tel. (202) 594 – 4344
J.Castro@CastroAndCo.com

Plaintiff *Pro Se*

**CERTIFICATE OF SERVICE**

On October 18, 2023, I submitted the foregoing document with the Clerk of this Court either by mail, email, or CM/ECF.  It is further certified that all other parties will be served via CM/ECF if they are registered users, and, if they are not registered users or have not yet filed a notice of appearance, they will be served by U.S. postal mail.

*/s/ John Anthony Castro*
John Anthony Castro