# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANTHONY CASTRO<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>SECRETARY OF STATE WILLIAM FRANCIS GALVIN, and<br><br>DONALD JOHN TRUMP,<br><br>　　　　　　　Defendants. | Civil Action No. 1:23-CV-12121-MJJ |

## DEFENDANT DONALD J. TRUMP'S SECOND NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF HIS MOTION TO DISMISS

Defendant Donald J. Trump, through counsel, hereby submits this notice to inform the Court of relevant supplemental authority not available to him when he filed his Motion to Dismiss on October, 13, 2023. [CM/EF Dkt. Nos. 19, 20.]

On October 27, 2023, the District of New Hampshire held that Plaintiff Castro lacked standing and therefore his complaint must be dismissed. *John Anthony Castro v. New Hampshire Secretary of State, et al.,* 123-cv-00416 (D.N.H. Oct. 27th, 2023), ECF No. 59. Additionally, the court held that it did not have jurisdiction to hear Castro's claims under the political question doctrine. *Id.* The court's full decision is attached to this Second Notice as Exhibit A.

The above decision provides additional support for Donald J. Trump's Motion to Dismiss. [CM/EF Dkt. Nos. 19, 20.]

Dated: October 28, 2023　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　DONALD JOHN TRUMP

　　　　　　　　　　　　　　　　　　　　　　　　　By Counsel,

/s/    *Brian T. Kelly*
Brian T. Kelly (BBO No. 549566)
Thomas A. Barnico, Jr. (BBO No. 696929)
Nixon Peabody LLP
53 State Street
Boston, MA 02109
617-345-1000
bkelly@nixonpeabody.com
tbarnico@nixonpeabody.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 28, 2023.

/s/ Brian T. Kelly