UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN ANTHONY CASTRO<br><br>       Plaintiff,<br> v.<br><br>SECRETARY OF STATE WILLIAM FRANCIS GALVIN, and<br><br>DONALD JOHN TRUMP,<br><br>       Defendants. | Civil Action No. 1:23-CV-12121-MJJ |

**DEFENDANT DONALD J. TRUMP'S FOURTH NOTICE OF SUPPLEMENTAL AUTHORITY IN FURTHER SUPPORT OF HIS MOTION TO DISMISS**

Defendant Donald J. Trump, through counsel, hereby submits this notice to inform the Court of relevant supplemental authority not available to him when he filed his Motion to Dismiss on October 13, 2023. [CM/EF Dkt. Nos. 19, 20.]

Yesterday, the District of Rhode Island dismissed Plaintiff Castro's nearly identical lawsuit. *John Anthony Castro v. Secretary of State Gregg Amore, et al.,* 1:23-cv-00405 (D.R.I. Nov. 27th, 2023), ECF No. 18. The district court held that "[i]n light of the First Circuit's opinion in *JOHN ANTHONY CASTRO v. DAVID SCANLAN, New Hampshire Sec'y of State; and DONALD J. TRUMP,* No. 23-1902, 2023 WL 8078010, (1st Cir. Nov. 21, 2023), and for the reasons stated therein, Defendant Donald J. Trump's Motion to Dismiss [ ] is GRANTED. The claims against Secretary Gregg Amore are dismissed as well in light of the First Circuit opinion, which this Court is bound to follow." *Id.*

In its recent ruling, the First Circuit affirmed the dismissal of Plaintiff Castro's lawsuit in the District of New Hampshire. *Castro v. Scanlan*, No. 23-1902, 2023 WL 8078010, at *1 (1st Cir. Nov. 21, 2023). The First Circuit noted that at an evidentiary hearing on October 20, 2023, Plaintiff admitted during testimony that he had employed no staff in **any state,** had no advertisements in **any state** and

had no campaign activities in **any state** (except for his lawsuits). *See Castro v. Scanlan*, No. 23-1902, 2023 WL 8078010, at *3 (1st Cir. Nov. 21, 2023). Plaintiff filed his Complaint in this Court on September 18, 2023 [CM/EF Dkt. No. 1.], approximately one month before this sworn testimony. The First Circuit further noted that the only facts which matter are the facts as they existed at the time the complaint was filed. *Id.* at *5. The First Circuit concluded that at the time Plaintiff filed his complaint in New Hampshire he was not a "direct and current competitor" of the former President and thus failed to satisfy the injury-in-fact component of standing. *Id.* at *9.

Dated: November 28, 2023                                Respectfully submitted,

                                                        DONALD JOHN TRUMP

                                                        By Counsel,

                                                        */s/      Brian T. Kelly*
                                                        Brian T. Kelly (BBO No. 549566)
                                                        Thomas A. Barnico, Jr. (BBO No. 696929)
                                                        Nixon Peabody LLP
                                                        53 State Street
                                                        Boston, MA 02109
                                                        617-345-1000
                                                        bkelly@nixonpeabody.com
                                                        tbarnico@nixonpeabody.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on November 28, 2023.

<u>/s/ Brian T. Kelly</u>