### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MASSACHUSETTS
### BOSTON DIVISION

| | |
|---|---|
| JOHN ANTHONY CASTRO<br>12 Park Place, Mansfield, TX 76063<br><br>　　Plaintiff,<br><br>*v.*<br><br>SECRETARY OF STATE WILLIAM FRANCIS GALVIN<br>One Ashburton Place<br>Boston, MA  02108<br><br>DONALD JOHN TRUMP<br>1100 S. Ocean Blvd, Palm Beach, FL 33480<br><br>　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　Case No. 1:23-cv-12121-MJJ<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### NOTICE OF VOLUNTARY DISMISSAL OF CASE

　　Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff files this notice of dismissal before either opposing party has either served an answer or motioned for summary judgement.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: December 7, 2023.　　　By:　　*/s/ John Anthony Castro*

　　　　　　　　　　　　　　　　　　　　John Anthony Castro
　　　　　　　　　　　　　　　　　　　　12 Park Place
　　　　　　　　　　　　　　　　　　　　Mansfield, TX  76063
　　　　　　　　　　　　　　　　　　　　Tel. (202) 594 – 4344
　　　　　　　　　　　　　　　　　　　　J.Castro@CastroAndCo.com

　　　　　　　　　　　　　　　　　　　　Plaintiff *Pro Se*

## CERTIFICATE OF SERVICE

      On December 7, 2023, I submitted the foregoing document with the Clerk of this Court. It is further certified that all other parties are CM/ECF users and that service of this motion will be made upon them via CM/ECF.  If not, they will be served via U.S. postal mail.

                                         */s/ John Anthony Castro*
                                         John Anthony Castro